Maurice ROBINSON, Plaintiff—
Appellant,

v.

Kimberly S. TAYLOR, Superior Court
Judge; Michelle Walker, Assistant
District Attorney; Karen S. Biernacki,
Assistant District Attorney, Defen-
dants—Appellees.

No. 08–6542.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

· Maurice Robinson, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Taylor,* No. 1:08–cv–00080–WO–RAE (M.D.N.C. Mar. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*